# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WILLIE BROWN

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK CITY POLICE COMM.
WILLIAM BRATTON; 77TH PCT P.O. MELIN
CODERO #26046; P.O. BRIAN FEELEY #
2768.

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: XX Yes    ☐ No
(check one)

# 16CV 4036

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    WILLIE BROWN
ID #    1411600234
Current Institution    G.R.V.C.
Address    09-09 HAZEN STREET
EAST ELMHURST, N.Y. 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    N.Y.C. POLICE COMM. WILLIAM BRATTON    Shield #
Where Currently Employed    POLICE HEADQUARTERS
Address    ONE POLICE PLAZA
NEW YORK, N.Y. 10007

*Rev. 05/2010*                                1

Defendant No. 2    Name ___P.O. MELIN CODERO_____ Shield # ___26046___

Where Currently Employed ___77TH PRECINCT_____

Address ___127 UTICA AVENUE_____

___BROOKLYN, N.Y. 11213_____

Defendant No. 3    Name ___P.O. BRIAN FEELEY_____ Shield # ___2768___

Where Currently Employed ___77TH precinct_____

Address ___127 UTICA AVENUE_____

___BROOKLYN, N.Y. 11213_____

Defendant No. 4    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.    In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
___NOT APPLICABLE_____

_____

B.    Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
___NOT APPLICABLE_____

_____

_____

C.    What   date   and   approximate   time   did   the   events   giving   rise   to   your   claim(s)   occur?
___NOVEMBER 18, 2015 AT APPROXIMATELY 2:04 A.M.___

_____

_____

*Rev. 05/2010*                                      2

D.   Facts:   ON NOVEMBER 18 2015, AT APPROXIMATELY 2:04 A.M.

WHILE PLAINTIFF WILLIE BROWN WAS INSIDE A BODEGA ON

125 KINGSTON AVENUE BETWEEN BERGEN STREET, AND ST. MARKS STREET

AN UNIDENTIFIED BLACK WOMAN ENTERED SAID BODEGA WITH A BAG, TIED

SOMETHING TOGETHER AND LEFT IT BEHIND. PLAINTIFF THOUGHT NOTHING

OF IT AND EXITED THE BODEGA AS WELL. PLAINTIFF WAS THEN CONFRONTED

AND FALSELY ARRESTED BY DEFENDANTS POLICE OFFICER MELIN CODREO,

AND BRIAN FEELEY OF THE 77TH precinct FOR THE CONTENTS INSIDE SAID

BAG LEFT INSIDE THE BODEGA BY THE UNIDENTIFIED BLACK WOMAN

BECAUSE IT WAS EARLY IN THE MORNING AND THE PLAINTIFF WAS BLACK

A STOP AND FRISK ACCOMPANIED BY RACIAL PROFILING BEHAVIOR BY

THESEXS TWO DEFENDANTS, AND FALSELY CHARGED WITH POSSESSION OF

A WEAPON THAT THEY ALLEGEDLY RETRIEVED FROM THE BAG IN

THE BODEGA LEFT BY THE UNIDENTIFIED BLACK WOMAN THAT MYSTERIOUSLY

DISAPPEARED. THUS VIOLATING PLAINTIFF'S FOURTH ,FIFTH, EIGHTH, AND

FOURTEENTH AMENDMENT RIGHTS WHERESAAS PLAINTIFF WAS STOPPED AND

SEARCHED WITHOUT PROBABLE CAUSE, AND WAS DISCRIMINATED AGAINST

THE ACTS WERE DELIBERATE INDIFFERENT TO PLAINTIFF, WHERE IT WAS

COMMITTED AS A DEPRAVED INDIFFERENCE TO PLAINTIFF THAT LEAD TO THE

LOSS OF A CIVIL LIBERTY INTEREST THAT IS CRUEL AND UNUSUAL PUNISH-

MENT WHERE HE STILL IS UNLAWFULLY CONFINED, AND HAS SERIOUS:LY

DISTURBED HIS DUE PROCESS RIGHTS WHERE SAID WEAPON WAS NOT FOUND ON

**III.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if
any, you required and received.  +TREMENDOUS AMOUNT OF EMOTIONAL STRESS AND MENTAL

ANGUISH FROM BEING WITHOUT LOVED ONES, NIGHTMARES, INSOMNIA

MIGRAINE HEADACHES, AUDITORY HALLUCINATIONS, PARANOIA

LOSS OF SELF-ESTEEEM FROM NEWSPAPER WRITINGS FALSAELY ACCUSING PLAINTI

SEE ATTACHED CLIPPINGS FALSIFIED BY THE MEDIA.

**IV.   Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner
confined in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____  No  XX

FACTS PAGE(2)

HIS PERSON, AND WITHIN THE STATE OF NEW YORK, POSSESSION IS 9/10THS
OF THE LAW , WHICH CLEARLY DEFINES  PROPRTY HAVING TO BE IN YOUR POCKET
IN ORDER TO POSSESS IT. PLAINTIFF WAS NOT ORIGINALLY INDICTED BY A GRAND
JURY FOR THIS FALSE OFFENSE, AND STILL REMAINS UNLAWFULLY DETAINED INSIDE
   THE NEW York city department of correction for said false A RREST,
STOP AND FRISK, AND RACIAL PROFILING BY THE TWO DEFENDANTS MELIN CODERO,
AND  BRIAN FEELEY OF THE 77TH PRECINCT. THE ISSUE OF STOP AND FRISK, AND
 RACIAL PROFILING  HAS LONG BEEN DETERMINED AS BERING UNCONSTITUTIONAL
BY THIS VERY COURT. THE DEFENDANT POLICE COMMISSIONER WILLIAM BRATTON
IS AN ACTOR UNDER THE COLOR OF STATE LAW AND IS LIABLE UNDER MUNICIPAL
LAW IN THAT HE DID NOT CONDUCT A THOROUGH TRAINING TO THE TWO DEFENDANTS
MELIN CODERO AND POLICE OFFICER BRIAN FEELEY ON HOW TO INVESTIGATECRIMES
 WITHOUT CALLING TO QUESTION MATTERS OF DISCRIMINATION, STOP, AND FRISK
 THAT LEADS TO BEHAVIORS AND ACT TO THE MAGNITUDE OF RACIAL PROFILING
 DURING ARRESTS, ESPECIALLY FOR WEAPONS.
  PLAINTIFF 'S CHARACTER IS DEFAMED BY FALSIFIED MEDIA REPORTS(SEE ATTACHED
 CLIPPINGS. THESE DEFENDANTS NAMED HEREIN HAVE CAUSED A TREMENDOUS AMOUNT
 OF HARDSHIP ON PLAINTIFF AND HIS FAMILY, AND HAVE MADE IT ALMOST IMPOSSIBLE
 FOR PLAINTIFF TO STRENGTHEN HIS FAMILY TIES FROM HIS CURRENT CONFINEMENT
 BASED ON A BIASED ARREST WITHOUT PROBABLE CAUSE, AND/OR EVIDENCE WHERE
 THERE EXIST VIDEO FOOTAGE THAT WOULD CLEARLY EXONERATE PLAINTIFF.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NOT APPLICABLE

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _XX_    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _XX_    Do Not Know _____

If YES, which claim(s)? _____ NOT APPLICABLE

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _XX_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _XX_

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?
NOT APPLICABLE

1.    Which claim(s) in this complaint did you grieve? _____
NOT APPLICABLE

2.    What was the result, if any? _____ NOT APPLICABLE

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

NOT APPLICABLE

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

NOT APPLICABLE

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                          4

when and how, and their response, if any:_____

_____

NOT APPLICABLE

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____

_____

NOT APPLICABLE

_____

_____

_____

_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount). ____ PLAINTIFF SEEKS PAIN AND SUFFERING
____ DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND OFFICIAL CAPACIT
IN THE AMOUNT OF $250,000.00 plaintiff ALSO SEEKS EMOTIONAL STRESS AND
MENTAL ANGUISH DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND
OFFICIAL CAPACITY IN THE AMOUNT OF $250,000.00 AND FINALLY PLAINTIFF SEEK
PUNITIVE DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITY IN THE AMOUNT OF $500,000.000 FOR A SUBTOTAL OF FOUR 4.5 POINT
____ FIVE MILLION DOLLARS.

_____

_____

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

On
these
claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes ____   No xxx

*Rev. 05/2010*                                    5

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

Plaintiff _____ NOT APPLICABLE _____

Defendants _____ N/A _____

   2.   Court (if federal court, name the district; if state court, name the county) _____
N/A

   3.   Docket or Index number _____ N/A _____

   4.   Name of Judge assigned to your case _____ N/A _____

   5.   Approximate date of filing lawsuit _____ N/A _____

   6.   Is the case still pending?  Yes ____  No XX
If NO, give the approximate date of disposition _____ N/A _____

   7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
N/A _____
N/A

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____   No XX

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

   2.   Court (if federal court, name the district; if state court, name the county) _____
N/A

   3.   Docket or Index number _____ N/A _____

   4.   Name of Judge assigned to your case _____ N/A _____

   5.   Approximate date of filing lawsuit _____ N/A _____

   6.   Is the case still pending?  Yes ____  No XX
If NO, give the approximate date of disposition _____ N/A _____

   7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1ST___ day of ____APRIL____, 20_16_.

| | |
|---|---|
| Signature of Plaintiff | _Willie Brown_ |
| Inmate Number | 1411600234 |
| Institution Address | 09-09 HAZEN ST, G.R.V.C. |
| | EAST ELMHURST, N.Y. |
| | 11370 |

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ___1ST___ day of ____APRIL____, 20_16_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Willie Brown_

WILLIE BROWN



cut generated by one cab ride, Foran said.

MTA Chair Tom Prendergast said the city and state should ensure that e-hail app users pay the 50-cent surcharge.

But, an Uber spokesman said, "Uber riders pay four times more in taxes per ride than taxi riders do," generating $40 million in city and state revenue in the first half of 2015.

"If the MTA wants to claim that revenue, they should take that up with the city and state," he added.

*Danielle Furfaro*

# Cops' coffee run nets gun

Two NYPD cops on a coffee-run arrested a gun-toting Brooklyn man outside a Crown Heights deli Wednesday, authorities said.

The 77th Precinct plainclothes officers were stopped at a red light in their car on Kingston Avenue at Bergen Street when they saw the man suspiciously trying to stash a bag in the corner deli.

The cops detained Willie Brown and went looking for the bag. They found a loaded 9mm Smith and Wesson hidden inside a pair of work boots, police said.

Brown, 32, who has eighteen prior arrests, was slapped with a charge of criminal possession of a weapon.       *Kathleen Culliton*

# Deadly hit-run

A woman was killed in a hit-and-run accident as she tried to cross a street in Brooklyn Wednesday night, cops said.

The unidentified victim was struck at around

●●●○○ verizon 🛜
brooklyn.news12.com



# Police find loaded gun in deli, make arrest

November 22, 2015 11:03 AM

BROOKLYN - Two police officers walked into a Crown Heights deli for a cup of coffee on Wednesday morning and wound up arresting a man on a weapons charge.

Police say they entered the deli on Bergen Street around 2 a.m.





Officers say they asked about an unattended bag sitting on a cooler inside the store. A 22-year-old man said the bag was his and that the officers could move it. That's when officers say they noticed a loaded gun inside and placed the man under arrest



They are charging him with criminal

DUNAWAY hearing

DUNAWAY v. NEW YORK

442 U.S. 200, 99 S. Ct. 2248 (1974)

MAPP Hearing

MAPP v. OHIO

367 U.S. 643, 81 S.Ct.1684 (1961)

FROM: Willie Brown
190 Marcy Ave Apt 18E.
Brooklyn, Ny 11211

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 0600 0000 0188 0889

TO: PRO SE INTAKE Unit Room 206
United States District Court
Southern district of New York
U.S CourtHouse
500 Pearl St.
New York, Ny 10007

USM PS SDNY



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10038
02 1W
0001382645 MAY 27 2016

$ 007.99°